# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

128735

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GONZALEZ INTEGRATED MARKETING,
f/k/a LAKELAND GRAPHICS SERVICES, INC.,
     Plaintiff-Appellant,

v

WALTER R. OLTERSDORF,
     Defendant-Appellee.

SC: 128735
COA: 251151
Wayne CC: 02-233037-CK

_____/

On order of the Court, the application for leave to appeal the April 12, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the Court of Appeals judgment and REINSTATE the September 10, 2003 order of the Wayne Circuit Court granting plaintiff's motion for summary disposition and denying defendant's motion for summary disposition for reasons stated by that court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

s1221